# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | Case No. 1:11-cv-01915-LJO-MJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| FERNANDO GONZALES, et al., | (ECF No. 37) |
| Defendants. | |

Plaintiff Brent Adler ("Plaintiff"), a former California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2011. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and defendants. (ECF No. 37.) Plaintiff has not filed any objections.

///

///

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 30, 2013, are adopted in full;

2. This action for damages proceed on Plaintiff's First Amended Complaint against Defendants Negrete, Zanchi, Carrasco, Holland, Holmstrom, Gonzalez, Steadman, Bryant, Schuyler, Lundy, Stainer, Doe #1, Doe #2, Doe #4, Doe #5, and Doe #6 for violating Plaintiff's rights under the First Amendment and against Defendants Gonzales, Holland, Carrasco, Negrete, Steadman, Zanchi, Bryant, Lundy, Schuyler, Holmstrom, Doe #1, Doe #2, Doe #4, Doe #5, and Doe #6 for violating Plaintiff's rights under Religious Land Use and Institutionalized Persons Act;

3. Plaintiff's Fourteenth Amendment equal protection claim against Defendants Gonzalez, Holland, Carrasco, Negrete, Steadman, Zanchi, Bryant, Lundy, Schuyler, Holmstrom, and Does #1-6, be dismissed with prejudice, for failure to state a claim under § 1983;

4. Plaintiff's claim for declaratory relief be dismissed, with prejudice, for failure to state a claim; and

5. Defendants Does #3, 7, 8, 9, and 10 be dismissed from this action based on Plaintiff's failure to state any claims against them.

6.

IT IS SO ORDERED.

Dated:   **August 16, 2013**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

8.
9.

2