# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>        Plaintiff,<br><br>    v.<br><br>FERNANDO GONZALES, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01915-LJO-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 37) |

Plaintiff Brent Adler ("Plaintiff"), a former California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 17, 2011. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 30, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and defendants. (ECF No. 37.) Plaintiff has not filed any objections.

///

///

///

///

1

1      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this
2 Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the
3 Court finds the Findings and Recommendations to be supported by the record and by proper
4 analysis.

5      Accordingly, IT IS HEREBY ORDERED that:

6   1.   The Findings and Recommendations, filed May 30, 2013, are adopted in full;

7   2.   This action for damages proceed on Plaintiff's First Amended Complaint against Defendants Negrete, Zanchi, Carrasco, Holland, Holmstrom, Gonzalez, Steadman, Bryant, Schuyler, Lundy, Stainer, Doe #1, Doe #2, Doe #4, Doe #5, and Doe #6 for violating Plaintiff's rights under the First Amendment and against Defendants Gonzales, Holland, Carrasco, Negrete, Steadman, Zanchi, Bryant, Lundy, Schuyler, Holmstrom, Doe #1, Doe #2, Doe #4, Doe #5, and Doe #6 for violating Plaintiff's rights under Religious Land Use and Institutionalized Persons Act;

8   3.   Plaintiff's Fourteenth Amendment equal protection claim against Defendants Gonzalez, Holland, Carrasco, Negrete, Steadman, Zanchi, Bryant, Lundy, Schuyler, Holmstrom, and Does #1-6, be dismissed with prejudice, for failure to state a claim under § 1983;

9   4.   Plaintiff's claim for declaratory relief be dismissed, with prejudice, for failure to state a claim; and

10  5.   Defendants Does #3, 7, 8, 9, and 10 be dismissed from this action based on Plaintiff's failure to state any claims against them.

6.

IT IS SO ORDERED.

Dated:   **August 16, 2013**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

8.
9.

2