# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>    Plaintiff,<br><br>v.<br><br>FERNANDO GONZALEZ, et al.,<br><br>    Defendants. | Case No.  1:11-cv-01915-LJO-MJS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY<br><br>ECF No. 34 |

Plaintiff Brent Adler ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 16, 2013, Defendants filed a motion to dismiss.  (ECF No. 39). Defendants' motion is currently pending.

On March 8, 2013, Defendants filed a motion to stay discovery.  (ECF No. 34.)

Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

1. Discovery is stayed in this action until the Court rules on Defendants' motion to dismiss; and

///
///
///
///

2. If necessary, Defendants are granted thirty days after the Court rules on the motion to dismiss to respond to Plaintiff's pending discovery.

IT IS SO ORDERED.

Dated: September 27, 2013        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE