UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>            Plaintiff,<br><br>       v.<br><br>F. GONZALEZ, et al.,<br><br>            Defendants. | CASE NO. 1:11-cv-1915-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* AND REQUIRE PLAINTIFF TO SUBMIT AN UPDATED FINANCIAL AFFIDAVIT**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a former state prisoner who initiated this civil rights action *pro se* and *in forma pauperis* on November 17, 2011. (ECF No. 1.) Plaintiff has since been released from prison and obtained counsel. (ECF Nos. 36 & 51.) This action proceeds against Defendants on Plaintiff's First Amendment Free Exercise claim. (ECF Nos. 37, 38, 59, 62.)

On July 1, 2015, the Magistrate Judge issued findings and recommendations to deny Defendants' motion to revoke Plaintiff's *in forma pauperis* status and to require Plaintiff to submit an updated financial affidavit. (ECF No. 75.) Neither party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1) The Court adopts the Findings and Recommendations filed July 1, 2015 (ECF No. 75) in full;

2) Defendants' motion to revoke Plaintiff's IFP status (ECF No. 68) is DENIED;

3) Plaintiff shall have **thirty (30) days** from the date of service of this order in which to:

    a. Submit an updated financial affidavit in accordance with 28 U.S.C. § 1915(a)(1); or

    b. Pay his outstanding obligation on the $400 filing fee in full;

4) Failure to submit updated financial information or pay the filing fee shall result in dismissal of the action without prejudice for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated:   **August 6, 2015**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

5)