1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12   **BRENT ADLER,**                      Case No. 1:11-cv-1915-LJO-MJS (PC)

                              Plaintiff,   **ORDER REGARDING STIPULATION**
13                                          **TO REOPEN DISCOVERY**

14          **v.**                          **(ECF No. 86)**

15   **FERNANDO GONZALEZ, et al.,**

16                            Defendants.

17

18          The parties have submitted a stipulation to re-open discovery.  Good cause

19   appearing, the stipulation is GRANTED.

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.     Discovery is re-opened as of February 1, 2016;

22          2.     The new deadline for the completion of all discovery, including filing motions

23   to compel, shall be May 1, 2016.

24
25   IT IS SO ORDERED.

26          Dated:   __February 22, 2016__       /s/ *Michael J. Seng*

27                                            UNITED STATES MAGISTRATE JUDGE

28
                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28