UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>            Plaintiff,<br><br>       v.<br><br>FERNANDO GONZALEZ, et al.,<br><br>            Defendants. | No.  1:11-cv-01915-DAD-MJS (PC)<br><br>ORDER CLOSING CASE<br><br>(Doc. No. 90) |

    On May 9, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.  (Doc. No. 90.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **May 11, 2016**                                    _____
                                                              UNITED STATES DISTRICT JUDGE